UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON ARNOLD, *et al.*, | Case No. 2:25-cv-1569-DAD-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | |
| Defendants. | |

On June 18, 2025, I screened plaintiffs' complaint and dismissed it for failure to state a claim. ECF No. 13. I ordered plaintiffs to file, within thirty days, either an amended complaint or a notice of voluntary dismissal of this action. *Id.* To date, plaintiffs have not complied with that order.

The court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."). A court may dismiss an action based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986)

1

1  (dismissal for lack of prosecution and failure to comply with local rules).

2      I will give plaintiffs a chance to explain why the court should not dismiss the case for their
3  failure to file an amended complaint. Plaintiffs' failure to respond to this order will constitute
4  another failure to comply with a court order and will result in a recommendation that this action
5  be dismissed. Accordingly, plaintiffs are ordered to show cause within fourteen days why this
6  case should not be dismissed for failure to prosecute, failure to comply with court orders, and
7  failure to state a claim. Should plaintiffs wish to continue with this lawsuit, they shall file, within
8  fourteen days, an amended complaint.

IT IS SO ORDERED.

Dated:    August 22, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2