UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON ARNOLD, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,

Defendants.

Case No. 2:25-cv-1569-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE

(Doc. No. 20)

Plaintiff initiated this False Claims Act action by filing a complaint on November 13, 2024, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On June 18, 2025, the assigned magistrate judge screened that complaint, found it to be deficient and directed plaintiff to file an amended complaint addressing the noted pleading deficiencies within thirty days. (Doc. No. 13.) Plaintiff did not file an amended complaint within the time provided. Accordingly, on August 22, 2025, the magistrate judge issued an order requiring plaintiff to show cause why this case should not be dismissed for failure to prosecute, failure to abide by the court's orders, and failure to state a claim. (Doc. No. 16.) Plaintiff then sought, and the magistrate judge granted, an extension of time until October 15, 2025, for plaintiff to file a first amended complaint. (Doc. Nos. 17, 18.) That date passed without plaintiff filing

anything with the court. Accordingly, on November 19, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute, failure to comply with court orders, and failure to state a claim. (Doc. No. 20.)

Those findings and recommendations were served on plaintiff at her address of record and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days of service.[1] (*Id.* at 3.) Plaintiff has not filed any objections, or otherwise communicated, with the court and the time in which to do so has now long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued November 19, 2025 (Doc. No. 20), are adopted;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with court orders; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that those findings and recommendations were returned to the court by the U.S. Postal Service on November 25, 2025, as unable to forward.